**Dismissed and Memorandum Opinion filed October 21, 2014**



In The

# Fourteenth Court of Appeals

---

## NO. 14-14-00813-CV

---

## IN THE INTEREST OF J.M.R., JR., A CHILD

---

### On Appeal from the 257th District Court
### Harris County, Texas
### Trial Court Cause No. 2014-35513

---

## M E M O R A N D U M   O P I N I O N

The trial court clerk mistakenly forwarded a notice of appeal to this court. The notice of appeal expressly states the appeal is to the 257th Judicial District Court. The notice of appeal is in relation to an appeal of an associate judge's ruling to the district judge. Accordingly, this appeal is dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Busby.